AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Daniel Keith Fuller | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.   4:14-cv-2830-TLW |
| Joanne Ross, Southern Health Partners, Inc. | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Chief Judge Terry L. Wooten, United States District Judge.

Date:   October 9, 2014                              *CLERK OF COURT*

                                                      s/Debbie Stokes

                                                      *Signature of Clerk or Deputy Clerk*